UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT LEE CROSBY, | Case No. 24-cv-07714-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED ON INITIAL COMPLAINT** |
| v. | |
| SALVADOR SIORDIA, et al., | Re: Dkt. No. 19 |
| Defendants. | |

Good cause being shown, the Court GRANTS Plaintiff's request to reinstate the initial complaint, Dkt. No. 1, and proceed on that complaint and the First Amendment retaliation claim against defendant Siordia which the Court has previously found cognizable. Dkt. No. 19. The operative complaint is the complaint docketed at Dkt. No. 1, and this action shall proceed on the First Amendment retaliation claim found cognizable in the Court's March 14, 2024 Order of Partial Service (Dkt. No. 10).

This order terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: July 10, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge