United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE CROSBY,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR SIORDIA,<br><br>Defendants. | Case No. 24-cv-07714-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 27 |

The Court GRANTS defendant Siordia's request for an extension of time to file his dispositive motion. Dkt. No. 27. Defendant Siordia shall file his dispositive motion by February 10, 2026. Plaintiff's opposition to defendant Siordia's motion must be filed with the Court and served upon defendant Siordia no later than 28 days from the date the motion is filed. Defendant Siordia shall file a reply brief no later than 14 days after the date the opposition is docketed in the Court's electronic filing system. The motion will be deemed submitted on the date the reply brief is due.

This order terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Dated: 1/6/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge