United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEE CROSBY,
Plaintiff,

v.

SALVADOR SIORDIA,
Defendant.

Case No. 24-cv-07714-HSG

**JUDGMENT**

The Court has GRANTED Defendant's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/22/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge